

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00136-CV

Gerald **HARRINGTON**, M.D.,
Appellant

v.

Sandra **SCHROEDER** and Duane J. Ramos, Individually and as All Heirs to the Estate of
Sylvia Ramos, Deceased,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-06284
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. Costs of the appeal are taxed against appellant Gerald Harrington, M.D.

SIGNED December 16, 2015.

_____
Rebeca C. Martinez, Justice